AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 16-cr-00120-RBJ |
| 2. PATRICK WILLIAMS | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Patrick Williams,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 18 U.S.C. § 371 Conspiracy to Defraud the United States and Violate the Laws of the United States
COUNT 2-5: 21 U.S.C. § 331(d), 335(a), and 333(a)(2) Introduction of Unapproved New Drugs into Interstate Commerce; and 18 U.S.C. § 2 Aiding and Abetting
COUNT 10: 18 U.S.C. § 1001(a)(2) False Statements

Date: 04/05/2016

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*